1
2
3
4
5
6
7
8                UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )    Case No. 18cr2677 JM
                                        )
12             Plaintiff,               )
                                        )    ORDER CONTINUING
13        v.                            )    MOTION/TRIAL SETTING
                                        )    HEARING AND
14   NOEMI ESMERALDA GARCIA (1)         )    EXCLUDING TIME
     ANTHONY RAMIREZ-GARCIA (2),        )
15                                      )
               Defendants.             )
16   _____)

17        Pursuant to the joint motion of the parties (Doc. No. 28), **IT IS HEREBY**

18   **ORDERED** that the Motion/Trial Setting Hearing currently scheduled for July 13,

19   2018, shall be continued to ***August 24, 2018, at 11:00 a.m.*** Time is excluded under

20   the speedy trial act.

21        IT IS SO ORDERED.

22   DATED:  July 12, 2018

23

24   _____

25   Hon. Jeffrey T. Miller
     United States District Judge
26

27

28